1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 ALVARO LOPEZ CABRERA, on ) Case No. 1:21−CV−00748−AWI−BAK
    behalf of himself and all others similarly ) (SAB)

12 situated, )

13                            ) **ORDER GRANTING PARTIES'**

14         Plaintiff, ) **JOINT STIPULATION TO**

15 v. ) **EXTEND TIME TO ANSWER**
                           ) **PLAINTIFF'S FIRST AMENDED**

16 SOUTH VALLEY ALMOND ) **COMPLAINT (LOCAL RULE 144)**
    COMPANY, LLC, a California limited )

17 liability company; AGRESERVES, )
    INC., a Utah corporation; and DOES 1 )

18 through 100, inclusive, )

19                            )

20 Defendants. ) Complaint Filed: April 1, 2021
                           ) Removal: May 7, 2021

21                            ) First Amended

22                            ) Complaint Filed: January 6, 2022
                           ) Trial Date: None Set

23                            )

24                            )

25

26

27

28

## <u>ORDER</u>

Having reviewed the Parties' Joint Stipulation, and good cause having been shown, the following is so ordered:

Defendants' time to file their Answer to Plaintiff's First Amended Complaint shall be extended from January 27, 2022 to February 7, 2022.


IT IS SO ORDERED.

Dated:   **January 28, 2022**

UNITED STATES MAGISTRATE JUDGE