# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO LOPEZ CABRERA, et al., | Case No. 1:21-cv-00748-AWI-BAK (SAB) |
| Plaintiffs, | ORDER RE: STIPULATION TO CONTINUE SCHEDULING CONFERENCE |
| v. | |
| SOUTH VALLEY ALMOND COMPANY, LLC, et al., | (ECF Nos. 28, 29) |
| Defendants. | |

Plaintiff Alvaro Cabrera initiated this wage-and-hour class action on behalf of himself and others similarly situated on May 7, 2021. (ECF No. 1.) The initial scheduling conference for this matter is currently set for July 12, 2022. (See ECF No. 28.)

On July 5, 2022, the parties filed the instant stipulated request to continue the scheduling conference to a date approximately thirty days after December 20, 2022. (ECF No. 29.) The parties proffer they have scheduled a private mediation for December 20, 2022, with wage-and-hour class mediator Lynn Frank from Frank & Feder Mediators. The parties additionally proffer they continue to confer on the exchange of informal class discovery ahead of mediation. The Court finds good cause exists to approve the stipulated request.

Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' stipulated request for a continuance of the scheduling conference (ECF No. 29) is GRANTED;

2. The scheduling conference set for July 12, 2022 (ECF No. 28), is CONTINUED to **January 31, 2023, at 11:30 a.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **July 6, 2022**

UNITED STATES MAGISTRATE JUDGE