UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO LOPEZ CABRERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOUTH VALLEY ALMOND COMPANY, LLC, *et al*.<br><br>　　　　　Defendants. | Case No. 1:21-cv-00748-AWI-CDB<br><br>ORDER ON STIPULATION CONTINUING SHCEDULING CONFERENCE<br><br>(Doc. 33) |

　　　　Pending before the Court is the parties' stipulation seeking to continue the scheduling conference presently set for January 31, 2023. (Doc. 33). The scheduling conference previously was set for July 12, 2022 but continued by the Court at the parties' earlier request based on their reported scheduling of private mediation to occur on December 20, 2022. (Doc. 29). In their present stipulation, the parties represent that they learned of the mediator's unavailability at some point in December, and now have rescheduled the mediation to occur on July 11, 2023.

　　　　For the reasons set forth in the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED:

　　　　1. The parties' stipulated request for a continuance of the scheduling conference (Doc. 33) is GRANTED;

　　　　2. The scheduling conference set for January 31, 2023, is continued to August 10, 2023,

1        at 9:00 a.m.; and

2     3. The parties shall meet/confer and file a joint scheduling report at least seven days prior

3        to the scheduling conference consistent with the requirements set forth in the Scheduling

4        Order (Doc. 6).

5  IT IS SO ORDERED.

6     Dated:   **January 26, 2023**                    _____

7                                              UNITED STATES MAGISTRATE JUDGE